7

UNITED STATES DISTRICT COURT      SOUTHERN DISTRICT

United States District Court
Southern District of Texas
ENTERED
APR 2 9 1999
Michael N. Milby, Clerk of Court
By Deputy Clerk

Juan Carlos Ramirez

versus

Jose E. Garza

CIVIL ACTION B- 98-190

## Scheduling Order

1. Trial: Estimated time to try: __1__ days.     ☑ Bench    ☐ Jury

2. New parties must be joined by: __July 1, 1999__

   Furnish a copy of this scheduling order to new parties.

3. The plaintiff's experts will be named with a report furnished by: __July 12, 1999__

4. The defendant's experts must be named with a report furnished within 30 days of the deposition of the plaintiff's expert.

5. Discovery must be completed by: __July 12, 1999__

   Counsel may agree to continue discovery beyond the deadline, but there will be no intervention by the court. No continuance will be granted because of information acquired in post-deadline discovery.

6. Motions will be filed by: __July 26, 1999__

*************************************************************************

7. Joint pretrial order is due: __09-16-99__

   The plaintiff is responsible for filing the pretrial order on time.

8. Docket Call and final pretrial conference is set for 1:30 p.m. on: __09-30-99__

   The case will remain on standby until tried.

9. Jury Selection: __10-04-99 9 AM__

   Signed __April 22__, 199_9_, at Brownsville, Texas.

   _____
   Hilda G. Tagle
   United States District Judge