UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| JUAN CARLOS RAMIREZ | * | |
| | * | |
| vs. | * | CIVIL ACTION No. B-98-190 |
| | * | |
| JOSE E. GARZA, IN HIS OFFICIAL | * | |
| CAPACITY AS CHIEF PATROL | * | |
| AGENT FOR THE MCALLEN SECTOR | * | |
| OF THE UNITED STATES BORDER | * | |
| PATROL | * | |

## ORDER OF DISMISSAL

On this day came on to be heard the Defendant's Unopposed Motion to Dismiss the above-entitled and numbered cause seeking dismissal of said action with prejudice. The Court is of the opinion and finds that all matters in dispute between the Parties have been fully and finally compromised and settled.

IT IS THEREFORE, ORDERED, ADJUDGED AND DECREED, that the above-entitled and numbered cause therein, be and the same are dismissed with prejudice to the right of the Plaintiff to refile same or any part thereof. All costs of court are taxed against the party by whom incurred.

SIGNED on this the 26 day of May, 1999, in Brownsville, Texas.

HILDA G. TAGLE
UNITED STATES DISTRICT JUDGE